**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARMANDO NEVAREZ,

    Plaintiff,

    v.

ISIDRO BACA et al.,

    Defendants.

3:16-cv-00685-MMD-WGC

**ORDER**

**I.  DISCUSSION**

On November 21, 2016, the Court opened case 3:16-cv-00676-MMD-VPC after receiving an application to proceed *in forma pauperis*, a prisoner civil rights complaint, and a motion for appointment of counsel from Plaintiff. (*See* 3:16-cv-00676-MMD-VPC at ECF No.1, 1-1, 1-3). Plaintiff's application to proceed *in forma pauperis* was incomplete. (ECF No. 1).

On November 23, 2016, the Court received two more documents from Plaintiff. (*See* 3:16-cv-00685-MMD-WGC at ECF No. 1, 1-1). First, Plaintiff sent the Court a fully complete application to proceed *in forma pauperis*. (ECF No. 1). Second, Plaintiff sent the Court a motion for appointment of counsel bearing case number 3:16-cv-00676-MMD-VPC. (ECF No. 1-1). The Court docketed both of these documents in a new case, 3:16-cv-00685-MMD-WGC.

After reviewing the documents in both cases, the Court believes that it erroneously docketed Plaintiff's second application to proceed *in forma pauperis* and second motion for appointment of counsel in a new case. The Court now closes case 3:16-cv-00685-MMD-WGC. The Court directs the clerk's office to file the application to proceed *in forma pauperis* and the motion for appointment of counsel from case 3:16-cv-00685-MMD-WGC into case 3:16-cv-00676-MMD-VPC.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court shall close case 3:16-cv-00685-MMD-WGC.

IT IS FURTHER ORDERED that the Clerk of the Court shall file the application to proceed *in forma pauperis* and the motion for appointment of counsel docketed in case 3:16-cv-00685-MMD-WGC into case 3:16-cv-00676-MMD-VPC.

DATED: November 29, 2016.

_____
United States Magistrate Judge